McCORRISTON MILLER MUKAI MacKINNON LLP
JONATHAN STEINER (Bar No. 006084)
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, HI 96813
Telephone (808) 529-7300

HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Admitted *Pro Hac Vice*)
JOSHUA M. MESTER (Admitted *Pro Hac Vice*)
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone (213) 694-1200

*Attorneys for St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 08-01369 |
| | Chapter 11 |
| CHA Hawaii, LLC, et al.,[1] | (Jointly Administered) |
| Debtors. | Judge: Hon. Robert J. Faris |
| This document relates to: ALL CASES | Confirmation Hearing |
| | Date: May 24, 2010 |
| | Time: 2:00 p.m. HST |

## ST. FRANCIS HEALTHCARE SYSTEM OF HAWAII'S, ST. FRANCIS MEDICAL CENTER'S, AND ST. FRANCIS MEDICAL CENTER-WEST'S CONFIRMATION HEARING EXHIBIT LIST

---

[1] The "Debtors" are as follows: CHA Hawaii, LLC, a Delaware limited liability company; Hawaii Medical Center LLC, a Hawaii limited liability company; Hawaii Medical Center East, LLC, a Hawaii limited liability company; and Hawaii Medical Center West, LLC, a Hawaii limited liability company.

St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center-West ("St. Francis") hereby submit the following list of exhibits (excluding impeachment exhibits), attached hereto as Exhibit A, that may be submitted by St. Francis at the evidentiary hearing to consider confirmation of (a) the Second Amended Joint Plan of Reorganization for Hawaii Medical Center LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center-West dated March 12, 2010 and (b) the First Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center East, LLC, and Hawaii Medical West LLC Proposed by the Official Committee of Unsecured Creditors, Hawaii Medical Center, LLC, Hawaii Medical Center East, LLC, Hawaii Medical Center West, LLC, and Hawaii Physicians Group, LLC.

St. Francis reserves the right to supplement this Exhibit List at any time before the confirmation hearing. St. Francis further reserves the right to use all documents identified on the Joint Proponent exhibit list, identified in the Joint Proponents' witnesses' declarations, or produced by the Joint Proponents on or after the date of filing of St. Francis' Exhibit List.

U.S. Bankruptcy Court - Hawaii   #08-01369   Dkt # 1269   Filed  05/11/10   Page 2 of 13

DATED:  May 10, 2010                    McCORRISTON MILLER MUKAI
                                        MacKINNON, LLP
                                        Jonathan Steiner

                                        HENNIGAN, BENNETT & DORMAN LLP

                                        */s/ Joshua M. Mester*
                                        Bruce Bennett
                                        Joshua M. Mester

                                        *Attorneys for St. Francis Healthcare System
                                        of Hawaii, St. Francis Medical Center, and
                                        St. Francis Medical Center - West*

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 100 | March 12, 2010 | Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West | | |
| 101 | March 12, 2010 | Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West | | |
| 102 | May 5, 2010 | Joint Plan Supplement in Support of Second Amended Joint Plan of Reorganization for Hawaii Medical Center LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West Dated March 12, 2010 | | |

1

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 103 | May __, 2010 | Schedule 6.1 to Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West | | |
| 104 | May 3, 2010 | Declaration of Jerry J. Correa in Support of Confirmation of Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West | | |
| 105 | May 3, 2010 | Declaration of Pauline Osborne in Support of Confirmation of Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West | | |

2

U.S. Bankruptcy Court - Hawaii   #08-01369   Dkt # 1269   Filed  05/11/10   Page 5 of 13

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 106 | May 3, 2010 | Declaration of Robert J. Warshauer in Support of Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center – West and in Opposition to First Amended Joint Plan of the Official Committee of Unsecured Creditors, Hawaii Medical Center, LLC, and Hawaii Physicians Group, LLC | | |
| 107 | September 2008 – March 2010 | Monthly Financial Statements for Hawaii Medical Center, LLC, Hawaii Medical Center-West, LLC, and Hawaii Medical Center-East, LLC | | |
| 108 | May 3, 2010 | Expert Report of Robert Warshauer | | |

3

U.S. Bankruptcy Court - Hawaii   #08-01369   Dkt # 1269   Filed 05/11/10   Page 6 of 13

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 109 | May 17, 2010 | Rebuttal Declaration of Robert Warshauer in Support of Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center – West and in Opposition to First Amended Joint Plan of the Official Committee of Unsecured Creditors, Hawaii Medical Center, LLC, and Hawaii Physicians Group, LLC | | |
| 110 | May 17, 2010 | Rebuttal Expert Report of Robert Warshauer | | |
| 111 | May 3, 2010 | April Financial Forecast 2010 – 2020 in Support of Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center – West | | |

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 112 | March 18, 2010 | Order (I) Approving Second Amended Disclosure Statement for Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center East, LLC, and Hawaii Medical West LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West, (II) Fixing Voting Record Date, (III) Approving Solicitation and Notice Procedures, (IV) Approving Forms of Ballots and Voting and Tabulation Procedures, (V) Scheduling A Hearing and Establishing Notice and Objection Procedures, and (VI) Granting Related Relief | | |
| 113 | March 4, 2010 | Memorandum of Decision on Motion for Adequate Protection | | |
| 114 | April 5, 2010 | Judgment | | |
| 115 | May 5, 2010 | Term Sheet for Working Capital Facility provided by Health Finance Group LLC | | |
| 116 | May 5, 2010 | Agreement for Management Services with Brim Healthcare, Inc. | | |

5

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 117 | March 30, 2010 | Declaration of Salim Hasham in Support of the Joint Motion for the Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363(b) and 503(b) Authorizing Payment of Fees and Expenses for Prospective Exit Financing Lender | | |
| 118 | April 16, 2010 | Notice of Hearing re: Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center - West [Docket No. 1117] | | |
| 119 | April 16, 2010 | Certificate of Service of Karen M. Wagner re: Documents Served on April 9, 2010 [Docket Nos. 874, 1118, 1127, and 1184] | | |
| 120 | January 13, 2007 | Loan Agreement by and among St. Francis Healthcare System of Hawaii, as Lender and Agent for the Lenders, St. Francis Medical Center, as Lender and St. Francis Medical Center – West, as Lender and Hawaii Medical Center LLC as Borrower | | |
| 121 | January 13, 2007 | Security Agreement by and between Hawaii Medical Center LLC, and St. Francis Healthcare System of Hawaii dated January 13, 2007 | | |

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 122 | January 13, 2007 | Guarantor Security Agreement, by and between Hawaii Medical Center East, LLC and St. Francis Healthcare System of Hawaii | | |
| 123 | January 13, 2007 | Mortgage, Security Agreement and Financing Statement (Liliha), mortgagee: St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West, mortgagor: Hawaii Medical Center LLC | | |
| 124 | November 9, 2007 | Amendment of Mortgage, Security Agreement and Financing Statement (Liliha), mortgagee: St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West, mortgagor: Hawaii Medical Center LLC | | |
| 125 | January 13, 2007 | Mortgage, Security Agreement and Financing Statement (Weinberg Space Lease) mortgagee: St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West, mortgagor: Hawaii Medical Center LLC | | |

7

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 126 | January 13, 2007 | Mortgage, Security Agreement and Financing Statement (Weinberg Sublease) mortgagee: St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West, mortgagor: Hawaii Medical Center LLC | | |
| 127 | January 13, 2007 | Mortgage, Security Agreement and Financing Statement (CSC) mortgagee: St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West, mortgagor: Hawaii Medical Center LLC | | |
| 128 | January 13, 2007 | Mortgage, Security Agreement and Financing Statement (Leeward) mortgagee: St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West, mortgagor: Hawaii Medical Center LLC | | |
| 129 | January 13, 2007 | Ground Lease and Option to Purchase (Liliha) by and between St. Francis Medical Center and Hawaii Medical Center LLC | | |
| 130 | January 13, 2007 | Ground Lease and Option to Purchase (Leeward) by and between St. Francis Medical Center and Hawaii Medical Center LLC | | |
| 131 | January 13, 2007 | Membership Interest Pledge and Security Agreement | | |

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 132 | January 13, 2007 | Subordination Agreement (HMC) | | |
| 133 | January 13, 2007 | Memorandum of Ground Lease and Option to Purchase (Liliha) | | |
| 134 | January 13, 2007 | Memorandum of Sub-Lease Agreement (B-1 Weinberg) | | |
| 135 | January 13, 2007 | Memorandum of Ground Lease and Option to Purchase (Leeward) | | |
| 136 | January 13, 2007 | Asset Purchase Agreement by and among St. Francis Healthcare System of Hawaii, St. Francis Medical Center, St. Francis Medical Center – West, and Hawaii Medical Center LLC | | |
| 137 | April 2, 2010 | Submission of Appendices to Proposed Joint Disclosure Statement of Official Committee of Unsecured Creditors, Hawaii Medical Center, LLC, and Hawaii Physicians Group, LLC | | |
| 138 | May __, 2010 | Certification of Ballots for the Second Amended Joint Plan of Reorganization for Hawaii Medical Center, LLC, Hawaii Medical Center West, LLC, and Hawaii Medical Center East, LLC Proposed by St. Francis Healthcare System of Hawaii, St. Francis Medical Center and St. Francis Medical Center – West | | |

# EXHIBIT A
## St. Francis Confirmation Hearing Exhibit List

| Exhibit No. | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 139 | | Demonstrative Exhibit | | |
| 140 | | Demonstrative Exhibit | | |
| 141 | | Demonstrative Exhibit | | |
| 142 | | Demonstrative Exhibit | | |
| 143 | | Demonstrative Exhibit | | |
| 144 | | Demonstrative Exhibit | | |
| 145 | | Demonstrative Exhibit | | |